IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MANUEL ANDERSON GARCIA
MONRROY,
          *Petitioner,*          :

          v.          :  CIVIL NO. 26-5063

JAMAL L. JAMISON et al.,      :
          *Respondents.*      :

## ORDER

**AND NOW,** this **23rd** day of **July 2026,** upon consideration of Petitioner's Petition for a Writ of Habeas Corpus (ECF No. 1) and the Government's Response (ECF No. 3), it is hereby **ORDERED** that the Petition is **GRANTED.** It is **FURTHER ORDERED** as follows:

1.  The Government shall release Petitioner from custody immediately and file a certificate of compliance on the docket no later than **5:00 p.m. on July 24, 2026.**

2.  The Government is enjoined from detaining Petitioner under 8 U.S.C. § 1226(a) for seven (7) days following his release from custody.

3.  The Clerk of Court shall mark this case **CLOSED.**

BY THE COURT:

_____
HONORABLE KAI N. SCOTT
United States District Court Judge